**HOGAN v. CITY OF WINSTON-SALEM**

[344 N.C. 728 (1996)]

JOHN D. HOGAN AND WIFE, JANET S. HOGAN v. THE CITY OF WINSTON-SALEM

No. 96A96

(Filed 8 November 1996)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(1) (substantial constitutional question) and 7A-30(2) (dissenting opinion in the Court of Appeals) from the decision of a divided panel of the Court of Appeals, 121 N.C. App. 414, 466 S.E.2d 303 (1996), affirming an order entered on 3 January 1995 by Freeman, J., in Superior Court, Forsyth County. Heard in the Supreme Court 15 October 1996.

*Randolph M. James, P.C., by Randolph M. James and Steven S. Long; and Howard C. Jones II for plaintiff-appellees.*

*Womble Carlyle Sandridge & Rice, P.L.L.C., by Roddey M. Ligon, Jr., and Gusti W. Frankel, for defendant-appellant.*

PER CURIAM.

AFFIRMED.